Raymond A. Connell (RC 9071)
132 Nassau Street, Suite 900
New York, New York 10038
Tel.: (212) 233-0440
Fax: (212) 619-2340
E-Mail: raconnell@mindspring.com



Attorney for Petitioner

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CLIPPER ELITE CARRIERS, LTD.

    Petitioner

    v.

INTERNATIONAL FREE COMPANY

    Respondent.

------------------------------------------------------------X

JUDGE BATTS

'07 CIV 6704

ECF Case

**RULE 7.1. STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Petitioner Clipper Elite Carrier, Ltd. (a private non-governmental party) ("CEC") certifies that CEC does not have a corporate parent, and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
      July 25, 2007

Raymond A. Connell (RC9071)
Attorney for Petitioner
132 Nassau Street, Suite 900
New York, New York 10038
Tel.: (212 233-0440
Fax: (212) 619-2340
E-Mail: raconnell@mindspring.com