```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
COOPER ELITE CARRIERS, INC.,

                    Plaintiff,

        -against-                          07 Civ. 6704 (DAB)
                                           ORDER TO SHOW CAUSE
INTERNATIONAL FREE COMPANY,

                    Defendant.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

    The Court's records indicate that the amended Complaint in this action was filed on July 25, 2007. To date, the Defendant has not answered or otherwise moved with respect to the Complaint.

    Accordingly, Plaintiff is hereby ORDERED TO SHOW CAUSE why its action against Defendant should not be dismissed for failure to prosecute. See Lyell Theatre Corp. v. Loews Corp., 682 F.2d 37, 42 (2d Cir. 1982) (holding that a district court's authority to dismiss an action for plaintiff's failure to prosecute "cannot seriously be doubted").

    Plaintiff's showing of good cause, if any, shall be made by affidavit, or by moving for default judgment against the Defendant.

    If Plaintiff fails within thirty days from the date of this Order to show cause, by either affidavit or by moving for default judgment, its claims against Defendant shall be dismissed for

failure to prosecute.

SO ORDERED.
Dated:   New York, New York
         June 4, 2008

                                                      *Deborah A. Batts*
                                                      Deborah A. Batts
                                            United States District Judge